**Electronically Filed
Supreme Court
SCPW-21-0000357
10-JUN-2021
02:28 PM
Dkt. 4 ODDP**

SCPW-21-0000357

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JOHN TIMOTHY BURGESS, Petitioner

vs.

LUISA KUHLMANN, Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner John Timothy Burgess's petition for writ of habeas corpus, filed on June 3, 2021, petitioner presents no special reason for invoking the supreme court's original jurisdiction. Petitioner may seek relief in the family court or in his appeal in CAAP-21-0000317, as provided by law. See Oili v. Chang, 57 Haw. 511, 512, 557 P.2d 787, 788 (1976). Therefore,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawai'i, June 10, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

